UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

        Plaintiff,

    v.

WAYNE D. ALLEN,

        Defendant.

Case No. 21-cv-00596-WHO

**ORDER OF DISMISSAL**

Re: Dkt. No. 14

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice.  The Clerk shall close the case.

Dated: April 14, 2021

_____

WILLIAM H. ORRICK
United States District Judge

United States District Court
Northern District of California